

U.S. Department of Justice

*United States Attorney*
*Southern District of New York*

*The Silvio J. Mollo Building*
*One Saint Andrew's Plaza*
*New York, New York 10007*

September 10, 2021

**By ECF**

The Honorable Richard J. Sullivan
United States Circuit Judge
Daniel Patrick Moynihan United States Courthouse
500 Pearl Street
New York, New York 10007

        Re:   *United States v. Noel Cuello, et al.,*
                  15 Cr. 219 (RJS)

Dear Judge Sullivan:

      The Government respectfully writes to request a one business day extension, from today to Monday, September 13, of the date by which the Government shall file its response to the Court's order of September 2, 2021 in the above-captioned matter requesting information regarding forfeiture and restitution with respect to defendant Arismendy Cuello and co-defendants.

      Since receiving the Court's order, the Government has been working diligently, principally through the Financial Litigation Unit of the Civil Division of the United States Attorney's Office, to (a) compile information and (b) ensure that any appropriate steps that may be taken in the short-term are taken.  That effort has resulted in, among other things, the transmission by the Financial Litigation Unit of a stipulation, requested to be so ordered by the Court, on September 7, 2021, a copy of which is enclosed.[1]  However, the Government is still waiting on certain information from the Probation Office, which it hopes to receive in the next day or two, and intends to confer further with the Financial Litigation Unit, so as to be in a

---

[1]  As indicated in the cover letter enclosing the stipulation, the proposed stipulation was transmitted to the Court by email to NYSP_Judgments@nysp.uscourts.gov, the email address listed in Rule 1(D) of the Court's individual rules (*available at* https://www.nysd.uscourts.gov/sites/default/files/practice_documents/RJS%20Sullivan%20Individual%20Practices%20-%20Judge%20Richard%20J.%20Sullivan.pdf).  The Government has since realized that this email address appears to be at an email domain of the Probation Office (nysp.uscourts.gov), not the District Court (nysd.uscourts.gov), and thus may be listed incorrectly.

Hon. Richard J. Sullivan
September 10, 2021
Page 2

position to provide the most complete report, as of the present, to the Court regarding all defendants. Accordingly, the Government requests a one business day extension for its response to the Court's order.

                                        Respectfully submitted,

                                        AUDREY STRAUSS
                                        United States Attorney

                        By:    s/ Daniel C. Richenthal
                                    Daniel C. Richenthal
                                    Assistant United States Attorney
                                    (212) 637-2109

cc:    (by ECF)

       Counsel of Record

The government's request for an extension of time in which to file its response to the Court's order of September 2, 2021 is granted. The government shall file ku'tgur qpug"d{"Oqpfc{."Ugrvgodgt"35." 42430"

SO ORDERED: _____
Dated: 9/10/2021
                            RICHARD J. SULLIVAN
                          U.S.C.J., Sitting by Designation