

**U.S. Department of Justice**

*United States Attorney*
*Southern District of New York*

*The Silvio J. Mollo Building*
*One Saint Andrew's Plaza*
*New York, New York 10007*

October 8, 2021

**By ECF**

The Honorable Richard J. Sullivan
United States Court of Appeals for the Second Circuit
Daniel Patrick Moynihan United Sates Courthouse
500 Pearl Street, Room 2530
New York, New York 10007-1312

    Re:    *United States* v. *Cuello, et al.*, 15 Cr. 219

Dear Judge Sullivan:

    I am leaving the U.S. Attorney's Office at the end of this week. Accordingly, I respectfully request that the Court terminate my appearance in this case and remove me from the docket.

    Respectfully submitted,

    Audrey Strauss
    United States Attorney

    By: /s/
    Sarah Krissoff
    Assistant United States Attorneys
    (212) 637-2232

cc: Defense Counsel (by ECF)

```
It is hereby ordered that the motion to withdraw is granted and
that Sarah Krissoff is relieved as counsel in this case. The
Clerk of Court is respectfully directed to terminate Ms.
Krissoff's appearance on the docket. The Court extends its best
wishes to Ms. Krissoff in all her future endeavors.
```

SO ORDERED: _____
Dated: 10/8/2021   RICHARD J. SULLIVAN
    U.S.C.J., Sitting by Designation