UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

| | |
|---|---|
| UNITED STATES OF AMERICA<br><br>-v-<br><br>NOEL CUELLO,<br>　　　　　　　　　Defendant. | 15-cr-219-1 (RJS)<br>ORDER |

RICHARD J. SULLIVAN, Circuit Judge:

　　The Court is in receipt of pro se Defendant Noel Cuello's motion for a sentence reduction pursuant to 18 U.S.C.§ 3582(c).  (Doc. No. 188.)  Because Defendant is currently on home confinement pursuant to The Cares Act, see 18 U.S.C. § 3622(a), IT IS HEREBY ORDERED that the parties shall appear before the Court on Monday, April 11, 2022, at 11a.m., for a conference on the motion.  The conference shall take place in Courtroom 21C at the Daniel Patrick Moynihan Courthouse, 500 Pearl Street, New York, New York 10007.

SO ORDERED.

Dated:　　April 7, 2022
　　　　　　New York, New York

　　　　　　　　　　　　　　　　　　　　　　　　_____
　　　　　　　　　　　　　　　　　　　　　　　　RICHARD J. SULLIVAN
　　　　　　　　　　　　　　　　　　　　　　　　UNITED STATES CIRCUIT JUDGE
　　　　　　　　　　　　　　　　　　　　　　　　Sitting by Designation